No. 98–6680. DE LA ROSA, AKA ACOSTA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 98–6682. GRANT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–6684. COOK v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–6685. GRAVES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–6686. CLARK ET UX. v. CITY OF PORTLAND, OREGON. C. A. 9th Cir. Certiorari denied.

No. 98–6687. LUPERCIO RAMIREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–6688. SAVAGE-EL v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–6693. REINHARDT v. UNITED STATES POSTAL SERVICE ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–6697. WALTON v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 98–6702. COLLAZO-DIAZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 98–6704. SANDOVAL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–6706. LABOONE v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 98–6707. LAWTON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–6716. VAID, AKA JOHNSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–6722. RODRIGUEZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.